■ In the Matter of the Claim of ROBERT J. KUMPAN, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [609 NYS2d 868] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 5, 1992, which ruled that claimant was ineligible to receive unemployment insurance benefits because he was incapable of employment.

The record contains substantial evidence to support the Board's conclusion that claimant was not capable of work at the time he sought unemployment insurance benefits. In exercising its fact-finding power, the Board was free to reject claimant's argument that he was capable of employment during the time frame at issue.

Mikoll, J. P., Mercure, Crew III and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of ERICA B. COLBERG, Appellant. HOROWITZ ASSOCIATES, INC., Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [607 NYS2d 194] — Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 26, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Circumstances required that claimant vacate her apartment which was close to where she worked. When she was unable to find affordable housing in the same vicinity, she decided to quit her job. Claimant's efforts to obtain suitable housing that was convenient to work were neither reasonable nor diligent. Under the circumstances, substantial evidence exists to support the decision of the Board that claimant voluntarily left her employment without good cause.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.